**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.A.I.R., | Case No. 1:26-cv-3339 KES SAB (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM |
| v. | Doc. 4 |
| MINGA WOFFORD, et al., | |
| Respondents. | |

Petitioner E.A.I.R. proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention. *See* Doc. 1. Petitioner moves to proceed under a pseudonym. Doc. 4. Respondents do not oppose the motion.

A party may proceed under a pseudonym "when nondisclosure of the party's identity is necessary ... to protect a person from harassment [or] injury . . ." *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000) (citation omitted). Having considered the motion to proceed under a pseudonym, the Court finds petitioner has established good cause. The Court ORDERS that petitioner shall be referred to by his initials in this action in all filings.

IT IS SO ORDERED.

Dated:   June 9, 2026

_____
UNITED STATES DISTRICT JUDGE

1

2